IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bryan Kanu,

    Plaintiff(s),

vs.

City of Cincinnati, et al.,

    Defendant(s).

Case Number: 1:19cv156

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 28, 2019 a Report and Recommendation (Doc. 2). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is DENIED.

Plaintiff is GRANTED an extension of time for 30 days from the date of this Order to pay the required $400.00 filing fee. Plaintiff's complaint will not be deemed as filed until the filing fee is paid in full, *see Truitt v County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). If plaintiff fails to pay the filing fee within the time frame, plaintiff's complaint will be TERMINATED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court