IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bryan Kanu,                          :
                                     :
            Plaintiff(s),            :
                                     :    Case Number: 1:19cv156
      vs.                            :
                                     :    Judge Susan J. Dlott
City of Cincinnati, et al.,          :
                                     :
            Defendant(s).            :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on October 29, 2019 a Report and Recommendation (Doc.

52).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 54),

defendants the Cincinnati Police Department District 4 and the City of Cincinnati Prosecutor

filed a response to the objections (Doc. 58) and defendant Hamilton County Court of Common

Pleas filed a response to the objections (Doc. 61).

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

Plaintiff filed a motion for an extension of time to file a reply to the response to the

objections to the Report and Recommendation (Doc. 60).  This motion is DENIED as MOOT

since the reply was filed November 15, 2019 (Doc. 61).

Accordingly, based on review by the Court, the City defendants' motion to

dismiss/motion to stay (Doc. 20) is GRANTED insofar as the City defendants move to stay plaintiff's claims related to Case No. B1800225 and Case No. 17CRB16366. The Court ABSTAINS from exercising its jurisdiction over all claims against the City defendants related to Case No. B1800225 and Case No. 17CRB16366 and plaintiff's claims related to these cases are STAYED pending the conclusion of the state court criminal proceedings.

The County defendant's motion for judgment on the pleadings /motion to stay (Doc. 31) is GRANTED insofar as the County defendants move to stay plaintiff's claims related to Case No. B1800225. The Court ABSTAINS from exercising its jurisdiction over all claims against the County defendants related to Case No. B1800225, and plaintiff's claims related to these cases are STAYED pending the conclusion of the state court criminal proceedings. The County defendants' motion for judgment on the pleadings is GRANTED insofar as the County defendants move to dismiss plaintiff's claims related to Case No. 17CRB17911.

Plaintiff's motion for leave to amend (Doc. 42) is DENIED.

Plaintiff's motion to supplement his proposed amended complaint (Doc. 51) is DENIED as MOOT.

Plaintiff's motions to amend/supplement his complaint (Doc. 9, 16, 19, 28, 29, 30, 36, 38, 39, 41, and 55) are DENIED as MOOT.

Plaintiff's motion for Reconsideration (Doc. 59) is DENIED as MOOT.

Plaintiff's motion for an extension of time to file response/reply as to the response to the objections (Doc. 60) is DENIED as Moot.

Plaintiff's motion for leave to supplement the second proposed amended complaint (Doc. 63) is DENIED as Moot.

Plaintiff's motion an extension of time to file a reply to the County Defendant's memo in opposition (Doc. 65) is DENIED as Moot.

Plaintiff's motion for an extension of time to file a reply to County Defendant's memo in opposition to plaintiff's motion for leave to file the second amended complaint (Doc. 69) is DENIED as Moot.

IT IS SO ORDERED.


_____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court