IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bryan Kanu,

    Plaintiff(s),

vs.

City of Cincinnati,

    Defendant(s).

Case Number: 1:19cv156

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 17, 2020 (Doc. 71), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 31, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motions to supplement the complaint (Docs. 37 and 40) are DENIED as MOOT.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court