In The United States District Court
For the Southern District of Ohio, Western Division

FILED
RICHARD W. NAGEL
CLERK OF COURT
21 JUL 19 PM 1:00
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Bryan Kanu
Plaintiff
v.
City of Cincinnati, et. al
Defendants

Judge Dlott
Magistrate Judge Litkovitz
Case No. 1:19-CV-156

Plaintiff's Request For Dismissal

I, Bryan Kanu, hereby request that the Court dismiss the above captioned case.

The reason Mr. Kanu is requesting this dismissal is because M.J. Litkovitz has recommended dismissal of this case on the grounds that Mr. Kanu has not stated a claim for which relief can be granted in any of his claims in the Amended Complaint.

A second reason Mr. Kanu is requesting dismissal is because he is eligible for expungement of the record of Case No. 17-CRB-16366, but the City of Cincinnati is arguing that because Mr. Kanu brought this claim, he should not be granted the expungement. The Judge in that case, Judge Tyrone Yates, feels that before an expungement can be considered, I need to dismiss this case. I am currently in the process of applying for jobs, and in order to gain employment I need to have a clean criminal record on a background check. So, because the Court is most likely going to agree that Mr. Kanu has failed to state a claim for which relief can be granted, and because Mr. Kanu is in need of the expungement

in order to move forward with his life, Mr. Kaw is requesting this Court expedite the dismissal of his claims since he has not — according to the facts and the law — been wronged in a way that gives him a right to legal relief.

Mr. Kaw does believe that Magistrate Litkovitz erred in her assumption that the indictment in Case No. B1800225 is sufficient proof of probable cause, so if the Court agrees, it is free to disregard this request for dismissal.

At the end of the day, Mr. Kaw said he would accept the Court's decision should it dismiss his claim, and Mr. Kaw really just wants to move forward with his life. Mr. Kaw was unaware that exercising his right to hold public officials accountable could be used as leverage against him at the expungement stage, but because Mr. Kaw is not a lawyer, there is clearly a lot about the legal system he does not know.

Respectfully submitted,

Bryan Kaw

## Certificate of Service

This document will be served to opposing counsel via the Court's Electronic filing system. This document was mailed for filing on July 15, 2021 via standard mail.

*Bryan Kano*

Bryan Kano
12751 Fair Lakes Circle
Fairfax, VA 22033

Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202