FILED
RICHARD W. NAGEL
CLERK OF COURT
21 JUL 19 PM 1:04
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

For the Southern District of Ohio, Western Division

Bryan Kanu
   Plaintiff
      v.
City of Cincinnati, et. al
   Defendants

Judge. Dlott
Magistrate Judge Litkovitz
Case No. 1:19-CV-156

**Denied as moot**
Susan J. Dlott
July 20, 2021

Plaintiff's Request for Dismissal

I, Bryan Kanu, hereby request that the Court dismiss the above captioned case.

The reason Mr. Kanu is requesting this dismissal is because M.J. Litkovitz has recommended dismissal of this case on the grounds that Mr. Kanu has not stated a claim for which relief can be granted in any of his claims in the Amended Complaint.

A second reason Mr. Kanu is requesting dismissal is because he is eligible for expungement of the record of Case No. 17-CRB-16366, but the City of Cincinnati is arguing that because Mr. Kanu brought this claim, he should not be granted the expungement. The Judge in that case, Judge Tyrone Yates, feels that before an expungement can be considered, I need to dismiss this case. I am currently in the process of applying for jobs, and in order to gain employment I need to have a clean criminal record on a background check. So, because the Court is most likely going to agree that Mr. Kanu has failed to state a claim for which relief can be granted, and because Mr. Kanu is in need of the expungement